**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

RUBEN VALLE,

                     Plaintiff,                         19 **CIVIL** 5197 (JGK)

          -v-                                         **JUDGMENT**

ANDREW M. SAUL,
Commissioner of Social Security,
                          Defendant.
------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated March 17, 2020, that the decision of the Commissioner of Social

Security be, and hereby is, reversed and that this action be, and hereby is, remanded to the

Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g), for further

administrative proceedings.


**Dated:**  New York, New York
         March 18, 2020


                                         **RUBY J. KRAJICK**
                                 _____
                                          **Clerk of Court**
             **BY:**
                                   _____
                                        **Deputy Clerk**