```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――――――
RUBEN VALLE,

                    Plaintiff,           19cv5197 (JGK)

        - against -                      ORDER

NANCY BERRYHILL,

                    Defendant.
―――――――――――――――――――――――――――――――――
```

JOHN G. KOELTL, District Judge:

    The Clerk is directed to close this case.

**SO ORDERED.**

Dated:   New York, New York
           May 4, 2020          /s/ John G. Koeltl
                                      John G. Koeltl
                               United States District Judge